GERARD P. TAMELING et al., Respondents, v. CAROLINE H. PRICHITT, as Executrix of HUGH K. PRICHITT, Deceased, Appellant.

(Argued June 10, 1931; decided July 15, 1931.)

*Monroe L. Friedman* and *Herbert H. Maass* for appellant.
*Joseph M. Dreyer* and *Louis O. Van Doren* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CRANE, J.